

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2019

No. 04-19-00528-CV

**IN RE** John **EBIN** and Joyce O'Connor,

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17365B
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Real Party in Interest, USAA Casualty Insurance Company's Motion for Extension of Time to File Response to Relator's Petition for Writ of Mandamus is hereby GRANTED. Time is extended to September 5, 2019.

It is so **ORDERED** on September 4, 2019.

**PER CURIAM**

ATTESTED TO:  _____
Keith E. Hottle
Clerk of Court

